**No. 54214.**—Stoffel & Co., Inc., et al. *v.* United States, protests 74115–K, etc. (New York).

Opinion by RAO, J. The protests were dismissed.